UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| VIRGINIA RADCLIFFE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:07-CV-48-F |
| | ) | |
| AVENEL HOMEOWNERS | ) | |
| ASSOCIATION, INC., STEPHEN | ) | |
| MURRAY, CARMELO (TONY) | ) | |
| BUCCAFURRI, THOMAS DINERO, | ) | |
| DAVID HULL, RICHARD PROGELHOF, | ) | |
| RONALD ZANZARELLA, STEPHEN | ) | |
| BOYCE, | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendants' Motions for Summary Judgment are GRANTED in part with respect to Plaintiff Virginia Radcliffe's claim under the Fair Housing Act and all other claims asserted in Plaintiff's Complaint are DISMISSED without prejudice.

**This Judgment Filed and Entered on February 12, 2013, and Copies To:**

Virginia Radcliffe (1421 Avenel Drive, Wilmington, NC 28411)
James B. Stephenson, II (via CM/ECF Notice of Electronic Filing)
Philip Todd Gray (via CM/ECF Notice of Electronic Filing)
Donald W. Ennis (via CM/ECF Notice of Electronic Filing)
Clay Allen Collier (via CM/ECF Notice of Electronic Filing)
Derek M. Crump (via CM/ECF Notice of Electronic Filing)
Reid Russell (via CM/ECF Notice of Electronic Filing)
John H. Anderson (via CM/ECF Notice of Electronic Filing)
Steven C. Lawrence (via CM/ECF Notice of Electronic Filing)
Stay M. Race (via CM/ECF Notice of Electronic Filing)
Stephen Boyce (via CM/ECF Notice of Electronic Filing)

DATE                                                    JULIE A. RICHARDS, CLERK
February 12, 2013                       /s/ Susan K. Edwards
                                                                    (By) Susan K. Edwards, Deputy Clerk